# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

| | |
|---|---|
| In re:<br>    Maureen V. O'Malley<br><br>Debtor | Chapter 7<br><br>Case No. 18-30450-EDK |

## ORDER ON TRUSTEE'S MOTION TO EMPLOY BK GLOBAL REAL ESTATE SERVICES AND RIGHT KEY REALTY, INC. AS REAL ESTATE BROKERS

Upon consideration of the Chapter 7 Trustee's Motion To Employ BK Global Real Estate Services and Right Key Realty, Inc. As Real Estate Brokers, no adverse interests having been represented and sufficient reason appearing to me therefor, it is hereby

**ORDERED** that the Trustee's Motion To Employ BK Global Real Estate Services and Right Key Realty, Inc. As Brokers is allowed.  All compensation and expenses will be subject to Court approval.

_____    08/27/2018
Honorable Elizabeth D. Katz         Dated
U.S. Bankruptcy Judge